UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 07-MG6641-01 |
| VERSUS | * | |
| RODNEY WAYNE MANTILLA | * | MAGISTRATE JUDGE HILL |

### ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. 3142(f), a detention hearing in this case was held on October 2, 2007. I conclude that the following facts require the detention of the defendant pending trial.

### FINDINGS OF FACT

There is probable cause to believe that the defendant has committed a violation of 18 USC 2250. The defendant waived his right to a preliminary examination, and waived his right to a detention hearing. The court finds that no condition or combination of conditions will reasonably assure the safety of the community and the defendant's appearance at trial.

### WRITTEN REASONS FOR DETENTION

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that: (1) the defendant has a substantial record including various arrests for sexual abuse; (2) the defendant has no ties to this district; (3) the defendant has repeatedly failed to register as a sex offender; (4) the

defendant waived his right to a detention hearing.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correction facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Lafayette, Louisiana, October 5, 2007.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE